```
              UNITED STATES DISTRICT COURT
            SOUTHERN DISTRICT OF WEST VIRGINIA
                      AT CHARLESTON
```

**MAEGAN EPLIN,**

       **Plaintiff,**

**v.**                                    **Civil Action No. 2:19-cv-00599**

**ANDREW SAUL, Commissioner
of Social Security,**

       **Defendant.**

## MEMORANDUM OPINION AND ORDER

The court has received the Proposed Findings and Recommendation ("PF&R") of United States Magistrate Judge Judge Dwane L. Tinsley entered on February 10, 2020, relating to defendant's uncontested motion to remand.

The magistrate judge recommends that the court grant defendant's uncontested motion to remand, reverse the final decision of the Commissioner, remand this case for further proceedings pursuant to the fourth sentence of 42 U.S.C. § 405(g), and dismiss this action from the court's docket. Neither party has objected to the magistrate judge's PF&R.

Based upon the foregoing, the court, accordingly, ORDERS that:

1. The PF&R be, and it hereby is, adopted by the court and incorporated herein;

2. Defendant's uncontested motion to remand be, and it hereby is, granted;

3. The final decision of the Commissioner be, and it hereby is, reversed and this action is remanded to the Commissioner for further proceedings pursuant to the fourth sentence of 42 U.S.C. § 405(g); and

4. This case be dismissed from the court's docket.

The Clerk is directed to forward copies of this memorandum opinion and all counsel of record and to the United States Magistrate Judge.

ENTER: March 4, 2020

John T. Copenhaver, Jr.
Senior United States District Judge